IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **CRIMINAL NO. 08-280-1** |
| : | |
| **MAURICE RAY DUPREE,** : | |
|      **Defendant.** : | |

# ORDER

**AND NOW**, this 27th day of May 2009, upon consideration of Defendant's Motion to Suppress Physical Evidence [Document No. 25], the Government's Response [Document No. 28], and after an evidentiary hearing and oral argument thereon, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**Cynthia M. Rufe, J.**