# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **CRIMINAL NO. 08-280** |
| : | |
| **MAURICE RAY DUPREE,** : | |
| **Defendant.** : | |

# ORDER

**AND NOW**, this 4th day of August 2009, upon consideration of the Government's Motion for Reconsideration [Doc. No. 37], and the Defendant's Response [Doc. No. 42], it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**Cynthia M. Rufe, J.**